# Exhibit A:

## Chart of Plaintiff Fact Sheet Deadlines

| Case Caption | Plaintiff Name(s) | MDL Docket Date | Date of Answer | Date of CMO 12 | PFS Deadline[1] | Date of 20-Day Notice |
|---|---|---|---|---|---|---|
| Ahendran v. Bayer, No. 3:12-cv-10573 | Shivanthi Ahendran | 3/28/2012 | **6/19/2012** | 3/10/2010 | 8/3/2012 | 8/27/2012 |
| Auxier v. Bayer, No. 3:12-cv-10530 | Heather Auxier | 3/21/2012 | **6/13/2012** | 3/10/2010 | 7/28/2012 | 8/27/2012 |
| Bryson v. Bayer, No. 3:12-cv-100113 | Kirsti Bryson | 1/25/2012 | **6/13/2012** | 3/10/2010 | 7/28/2012 | 8/27/2012 |
| Cox v. Bayer, No. 3:10-cv-103670 | Jeneen Cox | 12/14/2010 | **5/14/2012** | 3/10/2010 | 6/28/2012 | 8/15/2012 |
| Dawson v. Bayer, No. 3:12-cv-10527 | Ashley Dawson | 3/22/2012 | **6/13/2012** | 3/10/2010 | 7/28/2012 | 8/27/2012 |
| Durfee v. Bayer, No. 3:12-cv-10148 | Gina Durfee | 1/27/2012 | **6/13/2012** | 3/10/2010 | 7/28/2012 | 8/27/2012 |
| Feagans, et al. v. Bayer, No. 3:12-cv-10705 | Kimberly Francis Kayla Phillips | 4/5/2012 | **6/19/2012** | 3/10/2010 | 8/3/2012 | 8/27/2012 |
| Gross v. Bayer, No. 3:12-cv-20092 | Sarah Gross | 4/3/2012 | **5/30/2012** | 3/10/2010 | 7/14/2012 | 8/15/2012 |
| Hunsinger v. Bayer, No. 3:12-cv-10160 | Janet Hunsinger | 1/27/2012 | **5/24/2012** | 3/10/2010 | 7/8/2012 | 8/15/2012 |
| Johnson v. Bayer, No. 3:12-cv-10304 | Amanda Johnson | 2/24/2012 | **6/4/2012** | 3/10/2010 | 7/19/2012 | 8/15/2012 |
| Johnson, et al. v. Bayer, No. 3:12-cv-10141 | Tamika Johnson Anna Lowery Althea Lynne Yvonne Smith Mary Williams | 1/25/2012 | **5/23/2012** | 3/10/2010 | 7/7/2012 | 8/15/2012 |

---

[1] The Plaintiff Fact Sheet deadline is 45 days from the later of the date of docketing in the MDL, date that one of the defendants answered the complaint, or date of entry of CMO 12. CMO 12 § B. The relevant "later of" date is bolded for each plaintiff.

| Case Caption | Plaintiff Name(s) | MDL Docket Date | Date of Answer | Date of CMO 12 | PFS Deadline[1] | Date of 20-Day Notice |
|---|---|---|---|---|---|---|
| Jurgens, et al. v. Bayer, No. 3:12-cv-10526 | Patrycja Wojtas | 3/22/2012 | **6/20/2012** | 3/10/2010 | 8/4/2012 | 8/27/2012 |
| Lamb, et al. v. Bayer, No. 3:12-cv-10164 | Jennifer Baker<br>Edwina Cummings-Kimura<br>Jennifer Kirk<br>Kelly Olson | 1/27/2012 | **5/23/2012** | 3/10/2010 | 7/7/2012 | 8/15/2012 |
| Lata v. Bayer, No. 3:12-cv-10014 | Shaileshni Lata | 1/5/2012 | **5/23/2012** | 3/10/2010 | 7/7/2012 | 8/15/2012 |
| Michaud, et al. v. Bayer, No. 3:12-cv-10165 | Robyn Dorn<br>Jessica Lockhart<br>Dawn Martin<br>Lee Ann Michaud<br>Jeanine Wagner | 1/27/2012 | **5/23/2012** | 3/10/2010 | 7/7/2012 | 8/15/2012 |
| Milligan, et al. v. Bayer, No. 3:12-cv-10699 | Sarahann Davis<br>Devin Snyder | 4/5/2012 | **6/21/2012** | 3/10/2010 | 8/5/2012 | 8/27/2012 |
| Morrell v. Bayer, No. 3:12-cv-10470 | Latisha Morrell | 3/14/2012 | **5/22/2012** | 3/10/2010 | 7/6/2012 | 8/15/2012 |
| Sanders, et al. v. Bayer, No. 3:12-cv-10163 | Brooke Anderson<br>Tracy Gardner<br>Davona Sanders<br>Shaunta Thomas<br>Jonna Wagoner | 1/24/2012 | **5/23/2012** | 3/10/2010 | 7/7/2012 | 8/15/2012 |
| Tutton, et al. v. Bayer, No. 3:12-cv-10133 | Terran Anderson<br>Candace Hinkle<br>Teresa Rubenacker<br>Lakisha Tutton<br>Rachel Walker | 1/25/2012 | **5/21/2012** | 3/10/2010 | 7/5/2012 | 8/15/2012 |